CR 02-5719 #1

FILED _____ LODGED
_____ RECEIVED
AUG 08 2002
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT R. KEPPEL, d/b/a<br>www.cheet-sheets.com, d/b/a<br>KEEN INTERACTIVE,<br><br>    Defendant. | NO. CR02-5719 RJB<br><br>INFORMATION |

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about January 2001, until on or about October 17, 2001, in the Western District of Washington and elsewhere, the defendant, ROBERT R. KEPPEL, d/b/a www.cheet-sheets.com, d/b/a KEEN INTERACTIVE, aided and abetted by another person whose identity is partially known to the United States Attorney, did, without the authorization of Microsoft Corporation, the owner thereof, knowingly copy, duplicate, download, send, and convey, trade secrets, that is: Microsoft Certified Systems Engineer (MCSE) and Microsoft Certified Solution Developer (MCSD) exams and answers; which products were produced for and placed in interstate and foreign commerce, with intent to convert said trade secrets to the economic benefit of himself and others, and knowing that the offense would injure Microsoft Corporation, the owner of the trade secrets.

All in violation of Title 18, United States Code, Section 1832(a)(2) and Section 2.

INFORMATION/KEPPEL 1
USAO No. 2001R01084

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

## CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 1834(a), as a result of the offense alleged above, ROBERT R. KEPPEL, d/b/a www.cheetsheets.com, d/b/a KEEN INTERACTIVE, shall forfeit to the United States of America any and all interest in property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of said criminal offense, and any and all property used, or intended to be used, in any manner or part to commit, and to facilitate the commission of such offense, including but not limited to the following:

1. $12,552.77 seized from Keen Interactive Business Account Number 153607353031 at US Bank;

2. $1,062.12 seized from Personal Money Market Account Number 153591054652 in the name of Robert Keppel at US Bank;

3. $1,570.16 seized from personal checking Account Number 153604461670 in the name of Robert Keppel at US Bank;

4. $41,785.93 seized from Cheat Sheets Business Account Number 153691259540 at US Bank;

5. A 2001 Lexus RX300 automobile, bearing VIN # JTJHF10U910197713; and

6. A 1997 Ferrari 355 Spider convertible automobile, bearing VIN # ZFFXR48A0V0107499.

If any forfeitable property, as a result of any act or omission of ROBERT R. KEPPEL, d/b/a www.cheetsheets.com, d/b/a KEEN INTERACTIVE, cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingle with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of ROBERT R. KEPPEL,

//
//

INFORMATION/KEPPEL 2
USAO No. 2001R01084

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1  d/b/a www.cheetsheets.com, d/b/a KEEN INTERACTIVE, up to the value of the forfeitable
2  property.
3      DATED this 8th day of August, 2002.

for JOHN McKAY
United States Attorney

FLOYD G. SHORT
Assistant United States Attorney

ANNETTE L. HAYES
Assistant United States Attorney

RICHARD COHEN
Assistant United States Attorney

INFORMATION/KEPPEL 3
USAO No. 2001R01084