Judge Leighton

ENTERED
ON DOCKET
FEB -3 2003
By Deputy

FILED         LODGED
              RECEIVED
JAN 31 2003
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT R. KEPPEL,

    Defendant.

NO. CR02-5719RBL

PRELIMINARY ORDER OF FORFEITURE

Pursuant to Rule 32.2 Federal Rules of Criminal Procedure and based upon the guilty plea of Robert R. Keppel to the offense alleged in the Information herein, charging him with knowingly converting to the economic benefit of himself and others, trade secrets belonging to Microsoft Corporation, in violation of Title 18, United States Code, Section 1832(a)(2) and Section 2, it is hereby

ORDERED, ADJUDGED and DECREED that pursuant to Title 18, United States Code, Section 1834(a), Robert Keppel's interest in the following property is hereby forfeited to the United States of America:

1. $12,552.77 in U.S. FUNDS, more or less, from US Bank, Account 153607353031 in the name of Keen Interactive Business;

2. $1,062.12 IN U.S. FUNDS, more or less, from US Bank, account 153591054652 in the name of Robert Keppel;

3. $1,570.16 from US BANK, more or less, account 153604461670 in the

PRELIMINARY ORDER OF FORFEITURE - 1
(CR02-5719RJB)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-39
(206) 553-7970

1  |  name of Robert Keppel;
2  |  4.  $41,785.93 from US BANK, more or less, account 153691259540 in the
3  |      name of Cheat Sheets;
4  |  5.  2001 LEXUS RX300, VIN # JTJHF10U910197713;
5  |  6.  1997 FERRARI 355 SPIDER CONVERTIBLE, VIN #
6  |      ZFFXR48A0V0107499,
7  |  IT IS FURTHER ORDERED that the United States Marshal shall seize the
8  above-described bank accounts and vehicles, and maintain the properties in its custody
9  and control until further order of this Court.
10 IT IS FURTHER ORDERED that pursuant to Title 21, United States Code,
11 Section 853, the United States shall publish notice of this Preliminary Order of
12 Forfeiture and of the United States' intent to dispose of the property in accordance with
13 law.  The notice shall run for three (3) consecutive weeks in the Seattle Daily Journal
14 of Commerce and/or any other appropriate newspaper of general circulation.  The
15 notice shall state that any person, other than the defendant, having or claiming a legal
16 interest in the above-described property must file a petition with the Court within thirty
17 (30) days of the final publication of notice or of receipt of actual notice, whichever is
18 earlier.
19 The notice shall advise such interested persons that:
20 1.  the petition shall be for a hearing to adjudicate the validity of the
21     petitioner's alleged interest in the above-described property;
22 2.  the petition shall be signed by the petitioner under penalty of perjury; and
23 3.  the petition shall set forth the nature and extent of the petitioner's right,
24     title or interest in the forfeited property.
25 The petition shall also set forth any additional facts supporting the petitioner's claim
26 and the relief sought.
27 The United States shall also, to the extent possible, provide direct written notice
28 as a substitute for published notice to any person known to have alleged an interest in

PRELIMINARY ORDER OF FORFEITURE - 2
(CR02-5719RJB)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1  the above-described properties that are the subject of this Preliminary Order of
2  Forfeiture. Upon adjudication of any third-party claims, this Court will enter a Final
3  Order of Forfeiture pursuant to Title 21, United States Code, Section 853, in which all
4  such claims will be addressed.
5       IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), Federal Rules of
6  Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the
7  defendant at the time of sentencing and shall be made part of the sentence and included
8  in the judgment. If no third party files a timely claim, this Order shall become the
9  Final Order of Forfeiture as provided by Rule 32.2(c)(2), Federal Rules of Criminal
10 Procedure.
11      IT IS FURTHER ORDERED that after the disposition of any motion filed under
12 Rule 32.2(c)(1)(A), Federal Rules of Criminal Procedure and before a hearing on any
13 third party petition, discovery may be conducted in accordance with the Federal Rules
14 of Civil Procedure upon a showing that such discovery is necessary or desirable to
15 resolve factual issues.
16      IT IS FURTHER ORDERED that the United States shall have clear title to the
17 above-described properties listed above following the Court's disposition of all third
18 party interests, or, if none, following the expiration of the period provided in Title 21,
19 United States Code, Section 853(n) for the filing of third party petitions.
20      IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce
21 this Order, and to amend it as necessary, pursuant to Rule 32.2(e), Federal Rules of
22 Criminal Procedure.
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

PRELIMINARY ORDER OF FORFEITURE - 3
(CR02-5719RJB)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

1  The Clerk of the Court is directed to send a copy of this Preliminary Order of
2  Forfeiture to all counsel of record and eighteen (18) "raised sealed" certified copies to
3  the United States Marshals Service in Seattle, Washington.
4  DATED this 31st day of January, 2003.

UNITED STATES DISTRICT JUDGE

7  Presented by:

ANNETTE HAYES
Assistant United States Attorney

RICHARD E. COHEN
Assistant United States Attorney

MICHELE L. KOHLER- Michelle Burns
Attorney for Defendant
ROBERT KEPPEL

ROBERT R. KEPPEL
Defendant

PRELIMINARY ORDER OF FORFEITURE - 4
(CR02-5719RJB)

```
                                                           ec
                    United States District Court
                              for the
                    Western District of Washington
                         February 3, 2003
```

**  MAILING CERTIFICATE OF CLERK  **


Re:   3:02-cr-05719


True and correct copies of the attached were mailed by the clerk to the
following:

```
    USPO - Tacoma
    US PROBATION OFFICE
    ROOM 1310
    1717 PACIFIC AVE
    TACOMA, WA   98402-3231
    FAX 1-253-593-6378

    PTS - Tacoma
    PRETRIAL SERVICES
    1717 PACIFIC AVE
    TACOMA, WA   98402
    FAX 1-253-593-6435

    Michelle R Burrows, Esq.
    KOHLER & BURROWS
    STE 203
    618 NW GLISAN
    PORTLAND, OR   97209

    Annette L Hayes, Esq.
    U S ATTORNEY'S OFFICE
    STE 5100
    601 UNION ST
    SEATTLE, WA   98101-3903
    FAX 553-2502

    Richard Edward Cohen, Esq.
    U S ATTORNEY'S OFFICE
    STE 5100
    601 UNION ST
    SEATTLE, WA   98101-3903
    FAX 553-6934

    USMO (18 CERTS)

    RBL

    FINANACIAL
```