AO 245C(Rev 8/96) Sheet 1 - Amended Judgment in a Criminal Case (USAO 06/99) (NOTE Identify Changes with Asterisks (*)) /kmm

Case 3:02-cr-05719-RBL Document 31 Filed 02/20/03 Page 1 of 8

# UNITED STATES DISTRICT COURT
## Western District of Washington

UNITED STATES OF AMERICA

v

ROBERT R KEPPEL

ENTERED ON DOCKET
FEB 21 2003
BY DEPUTY

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number CR02-5719RBL

FILED — LODGED
— RECEIVED
FEB 20 2003
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**Date of Original Judgment:** January 31, 2003
(or Date of Last Amended Judgment)

Michelle R Burrows
Defendant's Attorney

**Reason for Amendment:**

_____ Correction of Sentence on Remand (Fed R Crim P 35(a))

_____ Reduction of Sentence for Changed Circumstances (Fed R Crim P 35(b))

_____ Correction of Sentence by Sentencing Court (Fed R Crim P 35(c))

__X__ Correction of Sentence for Clerical Mistake (Fed R Crim P 36)

_____ Modification of Supervision Conditions (18 U S C § 3563(c) or 3583(e))

_____ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U S C § 3582(c)(1))

_____ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U S C § 3582(c)(2))

_____ Direct Motion to District Court Pursuant to _____ 28 U S C § 2255, 18 U S C § 3559(c)(7), or _____ Modification of Restitution Order

**THE DEFENDANT:**

__X__ pleaded guilty to the Information on August 8, 2002
_____ pleaded guilty nolo contendere to count(s) _____ which was accepted by the court
_____ was found guilty on count _____ after a plea of not guilty

**Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:**

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U S C §1832(a)(2), and § 2 | Theft of Trade Secrets | October 17, 2001 | 1 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment The sentence is imposed pursuant to the Sentencing Reform Act of 1984

____ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s)

____ Counts _____ (is)(are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

Defendant's Soc Sec No    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

Defendant's Date of Birth    05/11/75

Defendant's USM No    32342-086

Defendant's Residence Address
4321 S. Terlyn Court
Portland, OR 97221

Defendant's Mailing Address
San

Annette L Hayes
Assistant United States Attorney

January 31, 2003
Date of Imposition of Sentence

Signature of Judicial Officer

THE HONORABLE RONALD B LEIGHTON
United States District Judge
Name & Title of Judicial Officer

February 20, 2003
Date

CR 02 05719 *00000031

31

| | | |
|---|---|---|
| Defendant | ROBERT R KEPPEL | Judgment--Page _2_ of _7_ |
| Case Number. | CR02-5719RBL | |

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___twelve (12) months + one (1) day___

_X_ The court makes the following recommendations to the Bureau of Prisons.

    Defendant serve sentence at BOP facility in Sheridan, Oregon

___ The defendant is remanded to the custody of the United States Marshal

___ The defendant shall surrender to the United States Marshal for this district

    ___ at _____ a m /p m on _____

    ___ as notified by the United States Marshal

_X_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    ___ before 2 p m on _____

    ___ as notified by the United States Marshal

    _X_ as notified by the Probation or Pretrial Services Office

## RETURN

I have executed this judgment as follows

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment

                                                                United States Marshal

                  By   _____
                                                   Deputy U S Marshal

| | | |
|---|---|---|
| Defendant. | ROBERT R. KEPPEL | Judgment--Page 3 of 7 |
| Case Number. | CR02-5719RBL | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _three (3) years_

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons

The defendant shall not commit another federal, state, or local crime

The defendant shall not illegally possess a controlled substance

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

__X__  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse (Check if applicable.)

__X__  The defendant shall not possess a firearm as defined in 18 U S C § 921. (Check if applicable )

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below):

## SEE ATTACHED PAGE FOR ADDITIONAL CONDITIONS OF SUPERVISION

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer,
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month,
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
4) the defendant shall support his or her dependents and meet other family responsibilities,
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,
6) the defendant shall notify the probation officer 10 days prior to any change in residence or employment,
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician,
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered,
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer,
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer,
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement

| | | |
|---|---|---|
| Defendant. | ROBERT R KEPPEL | Judgment--Page 4 of 7 |
| Case Number | CR02-5719RBL | |

## ADDITIONAL SUPERVISED RELEASE TERMS

1. The defendant shall be prohibited from possessing a firearm or destructive device as defined in 18 U S C § 921

2. The defendant shall submit to mandatory drug testing pursuant to 18 U S C § 3563(a)(5) and 18 U S C § 3583(d)   YES ____   NO  X

3. The defendant shall submit to a search of his person, residence, office, property, storage unit or vehicle conducted in a reasonable manner and at a reasonable time by the U S Probation Office

4. The defendant shall participate in a mental health program, as directed and approved by the U S Probation Office, which includes compliance with psychiatric counseling, psychological counseling, and or the use of medications prescribed

5. Restitution ordered by the Court is due immediately   Any unpaid amount is to be paid during the period of supervision as directed by the U S Probation Office   Interest on the restitution shall be waived

6. The defendant shall provide his probation officer with access to any requested financial information, including authorization to conduct credit checks and obtain copies of defendant's Federal Income Tax Returns

7. The defendant shall allow the U S. Probation Office to inspect any personal computer owned or operated by defendant

8. The defendant shall notify his probation officer of all computer software owned or operated by defendant at the commencement of supervision, and report any additional software purchase, acquisition, or use during the course of supervision

9. The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the U S Probation Office

10. Defendant's employment shall be approved in advance by the U S Probation Office.

| Defendant | ROBERT R KEPPEL | Judgment--Page 5 of 7 |
|---|---|---|
| Case Number | CR02-5719RBL | |

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS:** | $100 00 | $ -0- | |

____ If applicable, restitution amount ordered pursuant to plea agreement   $ _____

## FINE

__X__ **The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.**

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

## RESTITUTION

____ The determination of restitution is deferred until _____ An Amended Judgment in a Criminal Case will be entered after such determination

__X__ The defendant shall make restitution to the following payees in the amounts listed below

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
| Microsoft Corporation<br>One Microsoft Way<br>Building 8 - Room 2062<br>Redmond, WA  98052 | $ | $ | |
| **Totals:** | $ _____ | $ 500,000 00  with a credit of $200,000 00<br>for the value of the forfeited property | |

## INTEREST ON FINES AND RESTITUTION

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U S C § 3612(f)  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U S C § 3612(g)

____ The court has determined that the defendant does not have the ability to pay interest on any fine and/or restitution and it is ordered that

      __X__ The interest requirement is waived
      ____ The interest requirement is modified as follows

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996

Defendant          ROBERT R KEPPEL                                    Judgment--Page __6__ of __7__
Case Number.       CR02-5719RBL

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order (1) assessment; (2) restitution, (3) fine principal; (4) cost of prosecution, (5) interest; (6) penalties

Payment of the total fine and other criminal monetary penalties shall be due as follows

A __XX__      in full immediately, or

B __ __       $ _____ immediately, balance due (in accordance with C, D, or E); or

C __ __       not later than _____, or

D __ __       in installments to commence ____ day(s) after the date of this judgment   In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U S probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E __ __       in _____ (e g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of ____ year(s) to commence ____ day(s) after the date of this judgment

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed

Special instructions regarding the payment of criminal monetary penalties.

__XX__   MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO

United States District Court Clerk, Western District of Washington   For restitution payments, the Court is to forward money received to  Microsoft Corporation (name of party[ies] receiving restitution)   See address on page ____5__ of this judgment

_____    The defendant shall pay the cost of prosecution


__X__     The defendant shall forfeit the defendant's interest in the following property to the United States

          See page 7 of this Judgment

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment   All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney

| | |
|---|---|
| Defendant | ROBERT R KEPPEL |
| Case Number· | CR02-5719RBL |

Judgment--Page 7 of 7

## FORFEITURE

1. $12,552.77 in U S. FUNDS, more or less, from US Bank, Account 153607353031 in the name of Keen Interactive Business,

2. $1,062.12 in U.S. FUNDS, more or less, from US Bank, account 153591054652 in the name of Robert Keppel,

3. $1,570 16 from US Bank, more or less account 153604461670 in the name of Robert Keppel,

4. $41,785 93 from US BANK more or less, account 153691259540 in the name of Cheat Sheets,

5. 2001 LEXUS RX300, VIN # JTJHF10U910197713,

6. 1997 FERRARI 355 SPIDER CONVERTIBLE, VIN # ZFFXR48A0V0107499

```
                                                           car
                  United States District Court
                            for the
                  Western District of Washington
                       February 21, 2003


              * * MAILING CERTIFICATE OF CLERK * *


Re:   3:02-cr-05719



True and correct copies of the attached were mailed by the clerk to the
following


         USPO - Tacoma
         US PROBATION OFFICE
         ROOM 1310
         1717 PACIFIC AVE
         TACOMA, WA   98402-3231
         FAX 1-253-593-6378

         PTS - Tacoma
         PRETRIAL SERVICES
         1717 PACIFIC AVE
         TACOMA, WA   98402
         FAX 1-253-593-6435

         Michelle R Burrows, Esq.
         KOHLER & BURROWS
         STE 203
         618 NW GLISAN
         PORTLAND, OR   97209

         Annette L Hayes, Esq.
         U S ATTORNEY'S OFFICE
         STE 5100
         601 UNION ST
         SEATTLE, WA   98101-3903
         FAX 553-2502

         6 cc to USMO

         Fin'l
```