MICHELLE R. BURROWS OSB 86160
Attorney at Law
618 NW Glisan Ste. 203
Portland OR 97209
503/241-1955
503/241-3127 (facsimile)
mburrows@kohler-burrows.com

Attorney for Defendant Keppel

FILED _____ LODGED
_____ RECEIVED

DEC 17 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

02-CV-05719-M

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C02-5719KJB (CR-RBL) |
| Plaintiff, | MOTION TO APPROVE SETTLEMENT AGREEMENT AND FOR ORDERS SATISFYING JUDGMENT OF RESTITUTION |
| v. | |
| ROBERT R. KEPPEL, | Noted by Clerk |
| Defendant. | 12/26/02 |

Comes now Defendant Robert Keppel in the above captioned case and removes his previous motion to the court herein for orders approving the settlement agreement between Defendant and Microsoft Corporation and an order satisfying the Judgment of Conviction Restitution award entered against Defendant Keppel. Defendant Keppel has withdrawn requests that aspects of his post-prison supervision conditions be modified and simply requests approval of the Settlement Agreement previously filed with the court together with requests the Judgment of Restitution be satisfied.

Page 1 — MOTION TO APPROVE SETTLEMENT AGREEMENT AND ORDERING SATISFACTION OF RESTITUTION JUDGMENT

A. **Factual Background.**

Defendant Keppel was convicted of a single count of violating the Economic Espionage Act 18 U.S.C. §1832(a)(2) "Theft of Trade Secrets" on January 31, 2003. He was subsequently imprisoned for a term not to exceed twelve months and a day. Defendant is presently serving his prison term at Terminal Island Federal Correctional Institution at Terminal Island California.

As part of the sentence this court ordered the forfeiture of all seized assets and established a value of $200,000 for those assets. Defendant was further ordered to pay restitution to Microsoft Corporation in an amount of $500,000 to be reduced by the valued of the seized assets. At the time of sentencing Defendant owed a restitution judgment of $300,000 to Microsoft Corporation

Defendant and Microsoft entered into negotiated settlement discussions to make payments to satisfy the restitution judgment. After extensive and detailed discussions Defendant and Microsoft have entered into the Settlement Agreement attached and incorporated herein as Exhibit 1. The parties have agreed to satisfy the Judgment of Restitution for an additional payment by Defendant of $100,000. Microsoft agrees to waive payment of the remaining $200,000.

B. **Orders Requested by Defendant**

At the time of this Motion both Microsoft and Defendant Keppel have attempted to obtain the consent and approval of this settlement agreement by the United States by and through the United States Attorney, Annette Hayes. At the time of the original filing of the motions herein, the United States had not communicated their position on the pending settlement and related motion. At the date of this motion the United States has filed a document which is a bit on the vague side and appears not to object to, nor approve of, the request of Defendant and Microsoft herein.

Defendant seeks an order allowing the resolution of the Judgment of Conviction

Page 2 — MOTION TO APPROVE SETTLEMENT AGREEMENT AND ORDERING SATISFACTION OF RESTITUTION JUDGMENT

1  Restitution Award in accord with the terms and conditions of the attached settlement agreement.

2  Defendant seeks an order satisfying the judgment of restitution in full and ordering the

3  satisfaction to be entered of record.

4  Dated this 12th day of December 2003.

5  Respectfully submitted,

_____
Michelle R. Burrows OSB86160
Attorney for Defendant Keppel
618 NW Glisan Ste. 203
Portland OR 97209
503/241-1955
503/241-3127 (facsimile)
mburrows@kohler-burrows.com

Page 3 — MOTION TO APPROVE SETTLEMENT AGREEMENT AND ORDERING SATISFACTION OF RESTITUTION JUDGMENT