02-CV-05719-ORD

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C02-5719RJB RBL |
| Plaintiff, | ) ) | ORDER SATISFYING RESTITUTION |
| v. | ) ) | |
| ROBERT R. KEPPEL | ) ) | |
| Defendant. | ) | |

This matter having come before the court upon Defendant's motion, joined by the victim Microsoft Corporation to issue orders approving the Settlement Agreement between Microsoft and Robert Keppel, and to further Order the amount previously ordered as Restitution paid to Microsoft be hereby satisfied under the terms and conditions of the Settlement Agreement. The court having reviewed the record herein;

IT IS HEREBY ORDERED that the Settlement Agreement between Microsoft Corporation and Defendant Keppel shall be approved;

IT IS HEREBY FURTHER ORDERED that the Restitution Judgment of $300,000 ordered paid by Keppel to Microsoft Corporation is hereby Satisfied and Defendant shall owe no further sums as restitution to Microsoft.

IT IS FURTHER ORDERED that the United States shall filed a Judgment of Satisfaction in accord with these orders.

Page 1 — ORDER

Dated this 18th day of December 2003.

*[signature]*
United States District Court Judge

Page 2 — ORDER