UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT R KEPPEL,<br><br>    Defendant. | CASE NUMBER CR02-5719RBL<br><br>ORDER RETURNING PASSPORT<br><br>02-CR-05719-ORD |

It appears from the court record that the above-named defendant was sentenced on January 31, 2003. A satisfaction of Monetary Imposition was filed on May 27, 2004. The defendant posted his passport with the Clerk as a requirement for his release on bond. The passport should be returned as this case has been concluded.

IT IS ORDERED that the passport be returned directly to the Defendant Keppel's Attorney, Michelle R Burrows.

DATED this _25_ day of _Jul_, 2005.

_____
J Kelley Arnold, United States Magistrate Judge

Presented by:

_____
Kelly A Miller, Deputy Clerk

Approved by:

_____
Assistant US Attorney Richard Cohen

Received by:

_____
Attorney Michelle R Burrows

ORDER RETURNING PASSPORT
Page - 1